IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TABITHA ROBERTS-MILLS                                                         PLAINTIFF

  v.                                              CIVIL NO. 12-2012

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                 DEFENDANT

## O R D E R

  Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* and a motion for service. ECF. Nos. 1, 2. After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 11th day of January 2012:

  Plaintiff's motion for leave to proceed *in forma pauperis* and motion for service is hereby granted. The court directs that a copy of the complaint, along with a copy of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Mark Webb, Assistant U.S. Attorney, without prepayment of fees and costs. Defendant is ordered to answer within sixty (60) days from the date of service.

  IT IS SO ORDERED.

                /S/ *J. Marschewski*
                HON. JAMES R. MARSCHEWSKI
                CHIEF U.S. MAGISTRATE JUDGE

AO72A
(Rev. 8/82)